First Department. June 10, 1904.) Action by Louis Browdy against Louis S. Gottlieb. A. Rosenstein, for appellant. No opinion. Orders affirmed, with $10 costs and disbursements.

BROWER, Respondent, v. KING, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Ancel J. Brower against Moses King. No opinion. Order affirmed, with $10 costs and disbursements.

BRUSH v. HENTZ et al. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Edward F. Brush against J. Henry Hentz and others. No opinion. Order affirmed, with $10 costs and disbursements.

BULKLEY et al., Appellants, v. PERLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Josephine M. Bulkley and another against Edward B. Perley.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Held, that the reference of the cause was a final disposition thereof within the meaning of section 3251, subd. 1, of the Code of Civil Procedure, which provides that the term fee shall not be taxed for the term at which a cause is tried or otherwise finally disposed of.

In re BURBY. (Supreme Court, Appellate Division, Third Department. November Term, 1903.) In the matter of the charges against Alonzo A. Burby, an attorney of the Supreme Court of the state of New York.

PER CURIAM. Ordered, that Henry P. Pendrick, Esq., of Saragato Springs, N. Y., be appointed referee to take testimony and report to the court with his opinion thereon, and that Horace E. McKnight, Esq., of Ballston Spa, New York, be substituted as attorney in place of George R. Salisbury, Esq., to prosecute the proceeding.

BURKE, Appellant, v. PARKS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Edward Burke against Joseph Parks and another. No opinion. Order affirmed, with costs.

CAPORALE, Respondent, v. BENEDETTO, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Action by Salvatore Caporale against Guiseppe Benedetto. F. Pierce, for appellant. E. McKinley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CAYWOOD et al., Appellants, v. PLOWMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Charles S. Caywood and another against Gilbert Plowman.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HISCOCK, J., dissents.

CHESTER, Respondent, v. BUFFALO CAR MFG. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) Action by George T. Chester against the Buffalo Car Manufacturing Company and others.

PER CURIAM. Order modifying decision and judgment affirmed. Judgment affirmed, with costs on authority of same case reported in 70 App. Div. 443, 75 N. Y. Supp. 428.

WILLIAMS, J., dissents.

In re CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) In the matter of the application of the city of New York, etc., for the opening of Foster avenue, from Flatbush avenue to Coney Island avenue. No opinion. Motion to resettle order denied.

CITY OF NEW YORK, Respondent, v. BURLESON HARDWARE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by the city of New York against the Burleson Hardware Company.

PER CURIAM. Motion denied. We think that the questions presented on this motion can only be fairly considered and determined upon an appeal from the judgment rendered at Special Term.

CITY OF NEW YORK v. CODY et al. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by the city of New York against James A. Cody and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re CLARK. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) In the matter of Arthur E. Clark, an attorney and counselor.

PER CURIAM. Ordered, that Hon. Charles A. Hawley be, and he is hereby, appointed referee to hear the proof upon the charges herein and report the same to this court, together with his opinion thereon, with all convenient speed; also, ordered, that the district attorney of Genesee county be, and he is hereby, directed to prosecute such charges before said referee, and that Selden S. Brown, Esq., counselor at law, residing at the city of Rochester, be, and he is hereby, designated as counsel to assist in such prosecution.

CLEVELAND CITY FORGE & IRON CO., Respondent, v. STERN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by the Cleveland City Forge & Iron Company against Winfield S. Stern and others. E. Bisbee, for appellants. T. D. Kenneson, for respondent. No opinion. Judgment and order affirmed, with costs

COHEN, Respondent, v. POLSTEIN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Ac-